UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| Daniel A. Hughes, | Case No. 3:24-cv-01657-CL |
| Plaintiff, | **FINDINGS AND RECOMMENDATION** |
| v. | |
| Portland Police Bureau et al., | |
| Defendants. | |

**CLARKE,** United States Magistrate Judge.

On September 30, 2024, Plaintiff filed the Complaint. ECF No. 1. On October 8, 2025, the Court ordered Plaintiff to pay the filing fee or submit an application to proceed in forma pauperis within 30 days. ECF No. 3. The Court notified Plaintiff that "failure to do so may result in the dismissal of this action." *Id.* To date, Plaintiff has not responded or complied with the Court's Order. Accordingly, based on the record, this case should be DISMISSED for failure to prosecute. Fed. R. Civ. P. 41(b).

This Findings and Recommendation will be referred to a district judge. Objections, if any, are due no later than fourteen (14) days after the date this recommendation is filed. If objections are filed, any response is due within fourteen (14) days after the date the objections are filed. *See* Fed. R. Civ. P. 72, 6. Parties are advised that the failure to file objections within the specified time

Page 1 — FINDINGS AND RECOMMENDATION

may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED this \_\_18\_\_ day of November 2025.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 2 — FINDINGS AND RECOMMENDATION